UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LELAND JAMES DeARMOND,<br><br>          Plaintiff,<br><br>vs.<br><br>MTC FINANCIAL, INC., dba Trustee Corps,<br><br>          Defendant. | 2:10-CV-02170-PMP-PAL<br><br>**ORDER** |

Having read and considered Defendant's Motion to Dismiss Complaint Against MTC Financial Inc., dba Trustee Corps for Failure to State a Claim Upon Which Relief May Be Granted (Doc. #6), filed on January 12, 2011, Plaintiff's Opposition thereto (Doc. #10) filed January 27, 2011, and Defendant's Reply (Doc. #11) filed February 1, 2011, the Court finds for the reasons set forth in Defendant's motion and reply, that Plaintiff has indeed failed to state a claim.

**IT IS THEREFORE ORDERED that** Defendant's Motion to Dismiss Complaint Against MTC Financial Inc., dba Trustee Corps for Failure to State a Claim Upon Which Relief May Be Granted (Doc. #6) is **GRANTED**.

DATED: February 14, 2011.

_____
PHILIP M. PRO
United States District Judge